**Order filed April 16, 2020.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00239-CV

———————

### IN RE KIMBERLY ANN  JACSON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-270713**

---

## ORDER

On March 27, 2020, this court issued an order staying the portion of the associate judge's oral temporary orders for relator to "vacate the home by 6 p.m. on

March 28th of 2020." The district court has set a de novo hearing on the associate judge's temporary orders for May 11, 2020.[1]

After the de novo hearing has occurred and the district judge has ruled on the issues presented by relator, the parties shall provide to this court a written status report of the events occurring in the trial court. The status report shall be filed no later than 24 hours after the district judge has ruled.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.

---

[1] We note that the mandamus record does not contain any memorialization of the oral temporary orders signed by the associate judge.